UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VICTOR ARIZA,

    Plaintiff,

vs.                            CASE NO. 6:24-cv-02212-JSS-RMN

AG ADRIANO GOLDSCHMIED, INC.,
a foreign for-profit corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, through undersigned counsel, hereby gives notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, Plaintiff respectfully requests that the Court provide the parties thirty (30) days from the date of filing this Notice to allow the parties to finalize their settlement agreement and to submit the dismissal document to dismiss this case with prejudice.

Dated: February 5, 2025.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 6355 N.W. 36th Street Suite 307 |
| Sunrise, FL 33351 | Virginia Gardens, FL 33166 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: Duranandassociates@gmail.com |
| | |
| By: *s/ Roderick V. Hannah* | By: *s/ Pelayo M. Duran* |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla Bar No. 0146595 |